Appeal No.    2018AP2265

Cir. Ct. No.  2015CV481

STATE OF WISCONSIN

IN COURT OF APPEALS
DISTRICT III

SKYLER B. EWING,

   PLAINTIFF-APPELLANT,

V.

STATE AUTOMOBILE INSURANCE COMPANY AND HORACE MANN PROPERTY & CASUALTY INSURANCE COMPANY,

   DEFENDANTS,

JONATHAN G. DAVIS, JR.,

   DEFENDANT-RESPONDENT.

FILED

July 1, 2020

Sheila T. Reiff
Clerk of Court of Appeals

## ERRATA SHEET

Sheila T. Reiff
Clerk of Court of Appeals
P.O. Box 1688
Madison, WI  53701-1688

Court of Appeals District I
330 East Kilbourn Avenue, Suite 1020
Milwaukee, Wisconsin   53202-3161

Court of Appeals District III
2100 Stewart Ave., Suite 310
Wausau, WI   54401

Jenny Andrews, Sarah Motiff
Court of Appeals
2921 Landmark Place, Suite 415
Madison, WI  53713-4248

Court of Appeals District II
2727 N. Grandview Blvd.
Waukesha, WI  53188-1672

Court of Appeals District IV
2921 Landmark Place, Suite 415
Madison, WI  53713-4248

Hon. Gregory J. Strasser
Circuit Court Judge
Marathon County Courthouse
500 Forest St.
Wausau, WI 54403

Shirley Lang
Clerk of Circuit Court
Marathon County Courthouse
500 Forest St.
Wausau, WI 54403

Bradley W. Matthiesen
Matthiesen, Wickert & Lehrer, S.C.
P.O. Box 270670
Hartford, WI 53027-0670

Shannon A. Nelson
Law Offices of Brian Meeker
3600 American Blvd. W., Ste. 775
Bloomington, MN 55431-1079

Timothy L. Pagel
Matthiesen, Wickert & Lehrer, S.C.
P. O. Box 270670
Hartford, WI 53027-0670

John T. Schomisch Jr.
One Law Group, S.C.
100 W. Lawrence St., Suite 112
Appleton, WI 54911

Horace Mann Property & Casualty
Insurance Company
8040 Excelsior Dr., Ste. 400
Madison, WI 53717

PLEASE TAKE NOTICE that corrections were made to paragraph 1 in the above-captioned opinion which was released on June 30, 2020. A corrected electronic version in its entirety is available on the court's website at www.wicourts.gov.